## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing NOTICE OF REMOVAL, DECLARATION OF STACEY R. WOLFE, CIVIL COVER SHEET, and CORPORATE DISCLOSURE STATEMENT has been served upon all other parties at the address(es) below via electronic mail and by operation of the Court's electronic filing system, on this 14th day of November, 2019:

> Christine T. Elzer
> 100 First Avenue, Suite 1010
> Pittsburgh, Pennsylvania 15222

By: */s/ Katerina R. Mantell*
Katerina R. Mantell

Dated: November 14, 2019