## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing DEFENDANT'S ANSWER AND AFFIRMATIVE/SEPARATE DEFENSES TO PLAINTIFF'S COMPLAINT has been served upon all other parties at the address(es) below by operation of the Court's electronic filing system, on this 5th day of December, 2019:

>Christine T. Elzer
>ELZER LAW FIRM, LLC
>100 First Avenue, Suite 1010
>Pittsburgh, Pennsylvania 15222

By: */s/ Katerina R. Mantell*
Katerina R. Mantell

Dated:  December 5, 2019