# EXHIBIT A

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEREK S. GSELL,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>STARLINE HOLDINGS, LLC d/b/a<br>UNIVERSAL ELECTRIC CORPORATION,<br><br>　　　　　Defendant. | Honorable Cathy Bissoon, U.S.D.J.<br><br>Civil Action No.: 2:19-cv-01486 (CB)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

　　　　IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff Derek Gsell and counsel for Defendant Starline Holdings, LLC d/b/a Universal Electric Corporation that, in consideration of a negotiated settlement executed by the parties, that any and all claims asserted in this civil action shall be and hereby are dismissed with prejudice and without fees or costs against any party.

| | |
|---|---|
| **ELZER LAW FIRM, LLC**<br>Attorneys for Plaintiff | **McCARTER & ENGLISH, LLP**<br>Attorneys for Defendant |
| By: _/s/ Christine Elzer_<br>　　　Christine Elzer | By: _/s/Christopher S. Mayer_<br>　　　Christopher S. Mayer |
| Dated: May 8, 2020 | Dated: May 21, 2020 |

IT IS SO ORDERED:

_____
Honorable Cathy Bissoon
United States District Judge